JACOB D. COHEN, Suing in Behalf of Himself and Others, Respondent, *v.* I. GOODMAN & SON, INC., et al., Appellants.

*Appeal — failure to file and serve record — appeal dismissed.*

Cohen v. Goodman & Son, Inc., 205 App. Div. 312, appeal dismissed. (Submitted October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1923, which unanimously reversed an order of Special Term denying a motion to adjudge appellant Goodman guilty of contempt and granted said motion.

The motion was made upon the ground of failure to file and serve the record on appeal.

*Herbert Spencer Leman* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

HARRY V. BUTLER, Appellant, *v.* BERTHA M. BUTLER, Respondent.

*Appeal — abatement of action by death of appellant — motion to dismiss appeal granted.*

Butler v. Butler, 204 App. Div. 602, appeal dismissed. (Submitted October 1, 1923; decided October 9, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1923, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to annul a marriage.

The motion was made upon the ground that the action had abated owing to the death of the appellant.

*Myle J. Holley* for motion.

*Caruthers Ewing* opposed.

Motion granted and appeal dismissed, with ten dollars costs of motion.